**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FILED
DEC 15 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA   v.   KAREN KRISTINA KOCH

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                         CASE NO. F05-0042-02CR(RRB)

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 15, 2005

**ARRAIGNMENT** in the above-case is hereby set for **FRIDAY, DECEMBER 16, 2005, at 11:00 a.m.** before Terrance W. Hall, U. S. Magistrate Judge, in Magistrate Judge Courtroom #2, U.S. Courthouse, 101 12th Avenue, Fairbanks, Alaska.

F05-0042-CR (RRB)

B. SCHRODER
US MARSHAL

US PROBATION

[F05-0042CR KOCH MO ARR]{ARRAIGNB.WPD*Rev.03/97}