AO 470 (8/85) Order of Temporary Detention

**FILED**

# United States District Court

DEC 1 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF JOE ALASKA

By _____
Deputy

DISTRICT OF ─────────

UNITED STATES OF AMERICA

V.

KAREN KRISTINA KOCH
*Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: F05-0042-02 CR (RRB)

Upon motion of the __defendant__ , it is ORDERED that a
Continued arraignment 12/21/05
and detention hearing is set for __12/21/05__ * at __1:30 p.m.__
before __The Honorable Terrance W. Hall__

*Name of Judicial Officer*

__Federal Building, U.S. Courthouse, 101 12th Ave, Room 326__

*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
*Other Custodial Official*

__16 Dec 2005__
*Date*

_____
*Judicial Officer*

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

F05-0042--CR (RRB)
─────────────────────────
FEDERAL PUBLIC DEFENDER AGENCY
B. SCHRODER
US MARSHAL

US PROBATION
JUDGE BEISTLINE

12.16.05 TG

8