FILED

DEC 1 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __KAREN KRISTINA KOCH__   CASE NO. __F05-0042-02 CR (TWH)__
Defendant: ___Present   _X_ In Custody   ___On Summons   ___On Bond

BEFORE THE HONORABLE   __TERRANCE W. HALL__

DEPUTY CLERK/RECORDER:   MISTY DAVENPORT

UNITED STATES ATTORNEY:   __BRYAN SCHRODER__

DEFENDANT'S ATTORNEY:   __MIKE DIENI   (TELEPHONIC)__

U.S.P.O.:   __MARCI LUNDGREN__

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT  Held: 12/16/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:09 a.m. court convened.

_X_ Copy of Indictment given to defendant: waived reading.

_X_ Defendant sworn.

_X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: Karen Kristina KOCH

_X_ Financial Affidavit filed.
  _X_ Federal Public Defender accepted appointment.

_X_ Hearing continued until __arraignment will continue on 12/21/05 @ 1:30 p.m.__

_X_ Defendant detained/Detention Hearing set for __12/21/05 @ 1:30 p.m.__

_X_ Pretrial motions due __1/5/06__

At 11:23 a.m. court adjourned.


DATE:   12/17/05       DEPUTY CLERK'S INITIALS:   MLD

F05-0042--CR (RRB)                US PROBATION
                                  JUDGE BEISTLINE
FEDERAL PUBLIC DEFENDER AGENCY Faxed
B. SCHRODER                       12/19/05
US MARSHAL

14