IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**RELEASE ORDER**

FILED
DEC 2 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____ Deputy

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. _Karen Koch_

CASE NO: _F05-0042-002 CR_

---

Defendant _Karen Koch_,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____ Released to _____, the third party custodian(s)

____ Paid cash bail in the amount of _____ to the Clerk of Court

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ___ property or ___ surety in the amount of _____ with the Clerk of Court

____ Surrendered passport to the Clerk of Court

✓ Other _to US probation/pretrial services officer Marci Lundgren or Toni Ostanik._

Dated at _Fairbanks_, Alaska this _21_ day of _December_, 20_05_

[signature]

U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 2/05)
F05-0042--CR (RRB)       / US PROBATION
/ R. WRIGHT
/ B. SCHRODER
/ US MARSHAL

12/23/05

15