**FILED**
DEC 2 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs KAREN KRISTINA KOCH   CASE NO. F05-0042-02 CR (RRB)
Defendant: ___ Present   X In Custody   ___ On Summons   ___ On Bond

BEFORE THE HONORABLE   TERRANCE W. HALL

DEPUTY CLERK/RECORDER:   MISTY DAVENPORT

UNITED STATES ATTORNEY:   BRYAN SCHRODER

DEFENDANT'S ATTORNEY:   RICHARD WRIGHT

U.S.P.O.:   MARCI LUNDGREN

PROCEEDINGS: CONTINUED ARRAIGNMENT/ DETENTION HEARING
Held: 12/21/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:32 p.m. court convened.

_X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ PLEA(S):  _X_ Not Guilty to Counts  5 of Indictment

_X_ Counsel advised of trial date:  02/13/06 @ 11:00 a.m.

_X_ Court accepted plea(s).

_X_ Conditions of Release filed.

_X_ Pretrial motions due  01/05/06

_X_ Release Order filed.

_X_ Donna Borce, defendant's Third-Party Custodian sworn and testified on behalf of court.

_X_ OTHER:  Defendant is to remain in custody until electronic bracelet unit is received by Probation/Pretrial Services and telephone company installs second phone line into home of Ms. Borce, defendant's Third-Party Custodian. Defendant will then be released to Probation/Pretrial Services Officer Marci Lundgren or Toni Ostanik.

List of Exhibits and Witnesses attached.

At 1:56 p.m. court adjourned.

DATE:   12/22/05           DEPUTY CLERK'S INITIALS:   MLD

F05-0042--CR (RRB)
- R. WRIGHT   - USM   12-23-05
- B. SCHRODER  - USPO

16