FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 2: 53

TG

TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. F05-042 CR (RRB) |
| Plaintiff, ) | |
| ) | **REPORT OF CONFERENCE** |
| vs. ) | |
| KAREN KRISTINA KOCH, ) | |
| Defendant. ) | |

This is to certify that counsel for the parties conferred by telephone regarding this case on Tuesday, December 27, 2005, at about 11:00 a.m., and discussed discovery and the future course of proceedings in this case.

//
//
//

DATED this 29th day of December, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

*[signature]*

BRYAN SCHRODER
Assistant United States Attorney

**DECLARATION**

I declare under penalty of perjury that
a true and correct copy of the foregoing
**REPORT OF CONFERENCE**, was
sent to the following counsel of record
on December 19th, 2005, via U. S. Mail:

Richard W. Wright
Attorney at Law
250 Cushman St., Suite 500
Fairbanks, Alaska 99701

*[signature]*
Office of the United States Attorney

2