FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN -5 PM 4: 05

Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 451-8605   Fax: (907) 451-8607
Counsel for Defendant Karen Kristina Koch

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN KRISTINA KOCH,<br><br>Defendant. | Case No. F05-040 MJ (TWH) RRB<br>42CR |

## REQUEST FOR ORAL ARGUMENT

Oral argument on the Defendant's Motion to Suppress is requested.

RESPECTFULLY SUBMITTED this 5th day of January, 2006.

RICHARD W. WRIGHT, P.C.

_____
Richard W. Wright, ABA #9009061
Counsel for Defendant

Certificate of Service
I certify that a true and correct copy of
this document was served by facsimile
transmission and U.S. Mail on the
U.S. Attorney's Office this 5th day
of January, 2006.

_____