**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

 UNITED STATES OF AMERICA    v.   KAREN KRISTINA KOCH 

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                                              CASE NO.  F05-0042CR(RRB) 

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 10, 2006

      Defendant Karen Kristina Koch has filed a Motion to Suppress at Docket 22, with a Request for Oral Argument at Docket 23.  Opposition to this motion is due by close of business Thursday, January 12, 2006.  To accommodate the Court's schedule, Oral Argument on the Motion to Suppress will be heard before Magistrate Judge Hall on Friday, January 13, 2006 at 9:00 a.m. in Courtroom 2, U. S. District Court, Fairbanks, Alaska.

[]{IA.WPD*Rev.12/96}