TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  4:05-cr-042-RRB |
| ) | |
| Plaintiff, ) | [Proposed] |
| ) | |
| vs. ) | **ORDER TO EXTEND RESPONSE** |
| ) | **DATE AND ORAL ARGUMENT** |
| JASON SCOTT COLETTE, and ) | **HEARING** |
| KAREN KRISTINA KOCH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS SO ORDERED.  The response date for the Motion to Suppress is extended to January 19, 2006.  The Oral Argument Hearing is rescheduled to January 20, 2006, at _____ o'clock.

Date: _____    _____
                                                          TERRANCE W. HALL
                                                          United States Magistrate Judge