AO-442 (Rev. 12/85) Warrant for ~~Arrest~~

RECEIVED
U.S. MARSHAL SERVICE
ALASKA
2005 DEC 14  PM 3: 00

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED

JAN 1 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES OF AMERICA

V.

KAREN KRISTINA KOCH

## WARRANT FOR ARREST

CASE NUMBER: F05-0042 CR (RRB)

To:    The United States Marshal
       and any Authorized United States Officer

       YOU ARE HEREBY COMMANDED to arrest KAREN KRISTINA KOCH  and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):

FALSE, FICTITIOUS, OR FRAUDULENT STATEMENTS  -  COUNT 5

in violation of Title 18 United States Code, Section(s) 1001(a)(2) - COUNT 5

Ida Romack
Name of Issuing Officer

by ___Patricia Senet___ Deputy Clerk

Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

December 14, 2005 at  Anchorage, Alaska
Date and Location

by Magistrate Judge John D. Roberts

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: _____ |
| Fairbanks, Ak |

| DATE RECEIVED 12/14/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/15/05 | DEA-mike Joran | Rochelle Riddle |