MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   KAREN KRISTINA KOCH       CASE NO. 4:05-CR-0042-RRB
Defendant: X Present    __In Custody    __On Summons    __On Bond

BEFORE THE HONORABLE:      TERRANCE W. HALL

DEPUTY CLERK/RECORDER:     MISTY DAVENPORT

UNITED STATES' ATTORNEY: BRYAN SCHRODER

DEFENDANT'S ATTORNEY:      RICHARD WRIGHT

U.S.P.O.:                  MARCI LUNDGREN

PROCEEDINGS: MOTION TO SUPPRESS STATEMENTS   Held: 01/18/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:53 a.m. court convened.

Court and counsel heard re Motion to Suppress Statements.

Ronald A. Wall sworn and testified on behalf of the plaintiff.

Plaintiff's exhibit A IDENTIFIED AND ADMITTED.

Court and counsel heard re Magistrate Judge Hall is going take this under advisement and read all of the cases and sites provided by counsel before he makes his decision.

At 11:45 a.m. court adjourned.

DATE:   01/20/06              DEPUTY CLERK'S INITIALS:    MLD