Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska  99701
(907) 451-8605
Fax: (907) 451-8607

Counsel for Defendant Karen Koch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JASON SCOTT COLLETEE, and ) | |
| **KAREN KRISTINA KOCH**, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case  No. 4:05-cr-042-RRB |

## MOTION FOR REVIEW OF BAIL CONDITIONS

Defendant Karen Koch, through her undersigned counsel, requests a hearing to review the conditions of her release pursuant to Title 18 United States Code Chapter 207, Release and Detention.

Because of the extension of the trial date the 24 hour sight and sound is becoming a hardship.  We request it be reduced to 7:00 p.m. to 7:00 a.m. to allow both the Defendant and her third party to be employed.

RESPECTFULLY SUBMITTED this 16th day of February, 2006.

RICHARD W. WRIGHT, P.C.


_____
Richard W. Wright
Counsel for Defendant Karen Koch