UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u> COLETTE and KOCH </u>

DATE: <u>  March 24, 2006  </u>      CASE NO. <u>  4:05-CR-0042-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

A hearing on Defendant Colette's Motion on Shortened Time to Continue Trial (Docket 60) will be held on **Tuesday, March 28, 2006, at 9:00 a.m.**, in Fairbanks, Alaska. Counsel and parties needing to attend telephonically are to call Meet-Me-Bridge A at 677-6246 at the time of the hearing.

M.O. SCHEDULING HEARING