Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 451-8605
Fax: (907) 451-8607
Counsel for Defendant Karen Koch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JASON SCOTT COLLETEE, and ) | |
| **KAREN KRISTINA KOCH**, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 4:05-cr-042-RRB |

## MOTION TO SEVER

Pursuant to Federal Criminal Rule 14, Defendant Koch, through her undersigned attorney moves for severance of her trial from that of her co-defendant.

An appropriate order is lodged herewith.

RESPECTFULLY SUBMITTED this 28th day of March, 2006.

                                       RICHARD W. WRIGHT, P.C.

                                       _____
                                       Richard W. Wright
                                       Counsel for Defendant Karen Koch