Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska  99701
(907) 451-8605
Fax: (907) 451-8607
Counsel for Defendant Karen Koch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| Plaintiff,        ) | |
| vs.        ) | |
| JASON SCOTT COLLETEE, and        ) | |
| **KAREN KRISTINA KOCH**,        ) | |
| Defendants.        ) | |
| _____ ) | Case  No. 4:05-cr-042-RRB |

## MEMORANDUM IN SUPPORT OF MOTION TO SEVER

This motion was filed in response to the appearance of a new attorney, Mr. Rex Butler, and Mr. Butler's motion to continue the trial.

Ms. Koch has filed and had hearing on her pretrial motion and only awaits the Magistrate-Judge's recommended decision.  If the motion is decided in her favor the case against her is over.  If not the Defendant is ready for trial.

Defendant's conditions of release require her to be in sight and sound of her third party, her mother, at all times.  This has prevented her from working, is causing disruption in her children's lives and stretching the patients of her

mother's employer. All this was the subject of a hearing on her motion to change the conditions of release held on March 24th, 2006. The result was to leave the conditions unchanged subject to Ms. Koch getting employment suitable to pretrial services.

Continued restrictions on her life to accommodate a minor economy for the United States violates her constitutional and statutory rights to speedy trial. The co-defendants here are not alleged to be conspirators or are they alleged to have committed the same crime. Ms. Koch is charged with a single 18 USC 1001 violation, while Mr. Collette is charged with drug and gun charges. The facts alleged to support one are almost all irrelevant to the other.

A severance thus preserves Ms. Koch's rights and does no harm to the legitimate interests of the United States.

RESPECTFULLY SUBMITTED this 28th day of March, 2006.

RICHARD W. WRIGHT, P.C.

_____
Richard W. Wright
Counsel for Defendant Karen Koch