Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 451-8605
Fax: (907) 451-8607
Counsel for Defendant Karen Koch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JASON SCOTT COLLETEE, and ) | |
| **KAREN KRISTINA KOCH**, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 4:05-cr-042-RRB |

## ORDER SEVERING TRIAL

Defendant Koch's motion to sever trial is GRANTED. She will proceed to trial on the schedule put in place at the time the Federal Defender was appointed the second time.

ENTERED this ___ day of _____, 2006.

_____
RALPH BEISTLINE
UNITED STATES DISTRICT JUDGE