Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska  99701
(907) 451-8605
Fax: (907) 451-8607
Counsel for Defendant Karen Koch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JASON SCOTT COLLETEE, and )<br>**KAREN KRISTINA KOCH**, )<br>)<br>Defendants. )<br>_____ ) | Case  No. 4:05-cr-042-RRB |

### <u>DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO SEVER</u>

The Government's opposition to Ms. Koch's motion for severance called Defense counsel's attention to an overlooked argument favoring severance.

The offense Ms. Koch is defending is a violation of 18 U.S.C. 1001.  It has a maximum penalty of five years imprisonment.  Mr. Collette is charged with drug and gun charges with a maximum of over one hundred years, i.e., much more serious charges; one involves a machine gun with a silencer.  It is submitted that a jury that knows of these serious charges and which will also know that there was a

special relationship between my client and Mr. Collette would be inclined to convict her not because of the evidence against her, but because of her relationship to a person who possessed large amounts of cash, large amounts of dope, lots of firearms, a submachine gun and silencer. <u>See</u>, for example, *U.S. v. Davis,* 103 F.3rd 600 (8th Cir. 1996) <u>cert</u>. <u>denied</u> 520 U.S. 1258 at 676 where the court observes that prejudice can occur where the jury might use evidence of one crime to infer guilt of another.

Additionally, the defense contends that these defendants were not participants in the same alleged offense, or same transactions. They only thing that connects the two defendants is that Ms. Koch was present when a search warrant for Mr. Collette's residence was executed.

Severance should be granted.

RESPECTFULLY SUBMITTED this 7th day of April, 2006.

                                                 RICHARD W. WRIGHT, P.C.

                                                 _____
                                               Richard W. Wright
                                               Counsel for Defendant Karen Koch