Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska  99701
(907) 451-8605
Fax: (907) 451-8607
Counsel for Defendant Karen Koch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    ) | |
| ) | |
|     Plaintiff,                    ) | |
| ) | |
| vs.                    ) | |
| ) | |
| JASON SCOTT COLLETEE, and                    ) | |
| **KAREN KRISTINA KOCH**,                    ) | |
| ) | |
|     Defendants.                    ) | |
| _____ ) | Case  No. 4:05-cr-042-RRB |

## MOTION TO ALTER TERMS OF PRETRIAL RELEASE

Defendant, Karen Koch, through her undersigned attorney, moves to alter the terms of her pretrial release.

It is crowded and inconvenient to continue to reside in her mother's home. What Ms. Koch asks to do is to move to the Lakeview Terrace trailer house.  Her mother, acting as her third party, would move with her.

The common address of the trailer home is 1038 Lakeview Terrace; Fairbanks, Alaska.

RESPECTFULLY SUBMITTED this 24th day of April, 2006.

                                                      RICHARD W. WRIGHT, P.C.

                                                      _____
Richard W. Wright
Counsel for Defendant Karen Koch