Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska  99701
(907) 451-8605
Fax: (907) 451-8607
Counsel for Defendant Karen Koch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JASON SCOTT COLLETEE, and  )<br>**KAREN KRISTINA KOCH**,  )<br>  )<br>    Defendants.  )<br>_____ ) | Case  No. 4:05-cr-042-RRB |

## ORDER CONCERNING CONDITIONS OF RELEASE

Ms. Koch may move to 1038 Lakeview Terrace; Fairbanks, Alaska.  All other conditions are unchanged.

ENTERED this _____ day of _____, 2006.

_____
Terrance Hall
Magistrate Judge