DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-cr-042-RRB |
| ) | |
| Plaintiff, ) | **GOVERNMENT'S** |
| ) | **OPPOSITION TO** |
| vs. ) | **DEFENDANT KOCH'S** |
| ) | **SECOND MOTION TO** |
| JASON SCOTT COLETTE, and ) | **CHANGE CONDITIONS** |
| **KAREN KRISTINA KOCH**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States of America, by and through counsel , and opposes defendant Karen Koch's second motion to change conditions. The Government has serious concerns about the Defendant's proposal. The home she proposes to occupy was the residence of the Defendant and Defendant Colette at the

time of the offenses in the indictment, and the location of those offenses. The residence likely does not provide an appropriate site for the Defendant to avoid contact with individuals involved with past drug dealings at the residence. Moreover, the residence is owned by Defendant Colette. One of the Defendant's initial conditions of release is no contact with Defendant Colette.

Thus, the Defendant's motion for modification of conditions should be denied unless additional information is provided to address the serious concerns raised by this potential relocation.

RESPECTFULLY SUBMITTED this 1st day of May, 2006, in Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov
WA #21146

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006,
a copy of the foregoing **GOVERNMENT'S
OPPOSITION TO DEFENDANT KOCH'S
SECOND MOTION TO CHANGE CONDITIONS,**
was served, via Electronic Filing, on:

**Rex Lamont Butler**
and
**Richard W. Wright**


s/Bryan Schroder