## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   KAREN KRISTINA KOCH

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                                    CASE NO.  4:05-cr-00042-02-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: May 5, 2006

     Defendant has filed a Motion to Modify Conditions of Release at Docket 81, which was opposed by the government at Docket 86.  This Court has reviewed both the motion and opposition, as well as the report of the U.S. Probation and Pretrial Services Officer.

     Defendant's motion at Docket 81 is **DENIED WITHOUT PREJUDICE.**

[]{IA.WPD*Rev.12/96}