1) The Pre-Trial Services Office, Ms. Ostanik, is familiar with The Diner and concurs that it does not serve alcohol.

2) The defendant is placed in the custody of Donna Borce, 24-hour sight and sound, with the exception of work purposes only. During the times the defendant travels to and from work, and the time the defendant is working at The Diner, the defendant will not have to be in the custody of her third party custodian. The defendant is instructed to travel to and from work, in the most direct route, with no stops for personal business.

3) The defendant will continue to participate in home confinement program component and abide by all requirements of the program which will include electronic-monitoring. The home confinement component, curfew, which the defendant is currently participating in, will be modified to restrict the defendant to the ordered residence every day from 6:00 p.m. to 7:30 a.m.

4) All other conditions of release would remain unchanged.

SO STIPULATED.

15 may 06
Dated

_____
Richard W. Wright, Counsel for Defendant

5/15/06
Dated

_____
Bryan Schroeder, Assistant U.S. Attorney

Stipulation Regarding Terms of Pretrial Release
United States of American v. Karen Kristina Koch  4:05-cr-042-RRB
Page 2

Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 451-8605
Fax: (907) 451-8607
Counsel for Defendant Karen Koch

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLLETEE, and<br>**KAREN KRISTINA KOCH**,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:05-cr-042-RRB |

## STIPULATION REGARDING TERMS OF PRETRIAL RELEASE

WHEREAS the Defendant has been offered employment at The Diner, a breakfast and lunch, no alcohol establishment in central Fairbanks. Defendant has worked there before.

IT IS THEREFORE STIPULATED between the Prosecution and Defense, with the approval of Adult Probation, that:

Stipulation Regarding Terms of Pretrial Release
*United States of American v. Karen Kristina Koch* 4:05-cr-042-RRB
Page 1

MAY-15-2006 MON 02:28 PM US-PROBATION FAIRBANKS    FAX NO. 9074560293    P. 04
MAY-15-2006 12:13 FROM:RICHARD W WRIGHT PC  9074519507    TO:9074560293    P.4/4

Case 4:05-cr-00042-RRB   Document 53   Filed 05/19/2006   Page 3 of 3

5-15-06        _Toni M. Ostanik, U.S.P.O._
_____        _____
Dated        Toni Ostanik, Adult Probation

       SO ORDERED.

_____        _____
Dated        Terrance Hall, Magistrate/Judge