Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 451-8605
Fax: (907) 451-8607
Counsel for Defendant Karen Koch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLLETEE, and<br>KAREN KRISTINA KOCH,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:05-cr-042-RRB |

## ORDER REGARDING TERMS OF PRETRIAL RELEASE

Pursuant to the Stipulation of the parties regarding terms of Karen Koch's pretrial release,

IT IS THEREFORE ORDERED that:

1) The defendant is placed in the custody of Donna Borce, 24-hour sight and sound, with the exception of work purposes only. During the

Stipulation Regarding Terms of Pretrial Release
*United States of American v. Karen Kristina Koch* 4:05-cr-042-RRB
Page 1

times the defendant travels to and from work, and the time the defendant is working at The Diner, the defendant will not have to be in the custody of her third party custodian. The defendant is instructed to travel to and from work, in the most direct route, with no stops for personal business.

2) The defendant will continue to participate in home confinement program component and abide by all requirements of the program which will include electronic-monitoring. The home confinement component, curfew, which the defendant is currently participating in, will be modified to restrict the defendant to the ordered residence every day from 6:00 p.m. to 7:30 a.m.

3) All other conditions of release would remain unchanged.

SO ORDERED.

**REDACTED SIGNATURE**

24 May 2006
Dated

Terrance Hall, Magistrate/Judge