Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska 99701
(907) 451-8605
Fax: (907) 451-8607
Counsel for Defendant Karen Koch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                               )<br>    Plaintiff,                   )<br>                                             )<br>vs.                                                )<br>                                             )<br>JASON SCOTT COLLETEE, and     )<br>**KAREN KRISTINA KOCH**,         )<br>                                           )<br>    Defendants.              )<br>_____ ) | Case No. 4:05-cr-042-RRB |

## **OBJECTIONS TO RECOMMENDED DECISION OF DEFENDANT'S MOTION TO SEVER**

The Magistrate Judge correctly cites the facts and the cases cited contain the language set out. However, the recommendation overlooks the fact that a continuance attributable to Mr. Collette's need to get an attorney is not excludable time for Speedy Trial purposes when a motion for severance has been filed. In this regard 18 USC 3161(h)(7) excludes time caused by being joined with a co-defendant only when a severance has not been requested.

   A severance has been requested here, that is what this motion is about, and soon this prosecution will be endangered by 18 USC 3162 sanctions.

   RESPECTFULLY SUBMITTED this \_\_\_\_ day of May, 2006.

              RICHARD W. WRIGHT, P.C.

              _____
              Richard W. Wright
              Counsel for Defendant Karen Koch