Richard W. Wright, P.C.
250 Cushman Street, Suite 500
Fairbanks, Alaska  99701
(907) 451-8605
Fax: (907) 451-8607
Counsel for Defendant Karen Koch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| vs.      ) | |
| ) | |
| JASON SCOTT COLLETEE, and      ) | |
| **KAREN KRISTINA KOCH**,      ) | |
| ) | |
| Defendants.      ) | |
| _____ )  | Case  No. 4:05-cr-042-RRB |

### **DEFENDANT'S REPLY TO GOVERNMENT'S OBJECTIONS TO MAGISTRATE JUDGE'S RECOMMENDATION ON MOTION TO SUPPRESS STATEMENTS**

The Defendant's position is that the Magistrate Judge's Recommendation is correct for the reasons stated as well as the arguments counsel made below, i.e., that when Ms. Koch invoked her rights questioning should stop.

### **There Was An Arrest**

Ms. Koch and her children were enjoying some time together when a group of armored and heavily armed men broke down the front door and tossed an explosive device into the trailer in the direction of her son.  She is ordered to lie

1

down, is chased into the back of the trailer, and handcuffed. She is then moved to a police car and questioned even when she tries to invoke her rights. What reasonable person doesn't believe her rights are restricted when their exercise is ignored? It is useful to remember that Ms. Koch was not the subject of this warrant. Mr. Collette was. The presence of Ms. Koch and her children was a surprise to them. It seems hard to apply a *Terry* stop exception under those circumstances.

This case is more like *U.S. v. Ricardo D.*, 912 F.2d 337 (9th Cir. 1990) where a 16-year old male was grabbed by the arm, told to stop running and put in a police car where he was questioned for twenty minutes. The 9th Circuit there, distinguishing *U.S. v. Bautista*, 684 F.2d 1286 (9th Cir. 1982) found these circumstances amounted to an arrest. Ricardo D.'s situation was much the same as Ms. Koch's, he was in the wrong place at the wrong time.

Similarly, one Washington, a visitor to Los Angeles, was misidentified as a suspect in a series of armed robberies. He was subjected to having a weapon pointed at him, being ordered to the ground and placed in a police car. It was somewhat problematical whether this was an arrest. But where the subject is cooperating is also an important factor. The court noted Washington's cooperation and upheld the District Court's award of a directed verdict in a civil rights case. See *Washington v. Lambert*, 98 F.3rd 1181 (9th Cir. 1996).

The Recommendation should be accepted.

RESPECTFULLY SUBMITTED this 26th day of May, 2006.

                                  RICHARD W. WRIGHT, P.C.

                                  _____
                                  Richard W. Wright
                                  Counsel for Defendant Karen Koch