IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br>vs.<br><br>KAREN KRISTINA KOCH,<br><br>    DEFENDANT. | CASE NO. 4:05-CR-00042-02-RRB<br><br>FINAL RECOMMENDATION RE:<br>DEFENDANT'S MOTION TO SUPPRESS<br>(DOCKET NO. 22) |

  In a recommendation filed May 10, 2006, Docket No. 91, I advised that defendant's Motion to Suppress be granted. The plaintiff timely filed objections at Docket No. 94. The defendant filed a response at Docket No. 99. After careful review of the objections, I decline to modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for determination.

  DATED this 31st day of May, 2006, at Fairbanks, Alaska.

             S/TERRANCE W. HALL
             TERRANCE W. HALL
             U.S. Magistrate Judge