UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>JASON SCOTT COLETTE,<br>**KAREN KRISTINA KOCH**,<br><br>   Defendants. | 4:05-cr-00042-RRB-TWH<br><br>**FINAL<br>RECOMMENDATION<br>REGARDING<br>MOTION TO SEVER**<br><br>(Docket No. 67) |

   In a recommendation filed May 24, 2006 at Docket No. 67, I advised that defendant Koch's Motion to Sever be denied. No objections were filed. Accordingly, this matter will now be forwarded to the assigned district judge for his determination.

   DATED this 9th day of June, 2006, at Fairbanks, Alaska.

         /s/ Terrance W. Hall
         TERRANCE W. HALL
         United States Magistrate Judge