IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE and<br>**KAREN KRISTINA KOCH**,<br><br>      Defendants. | Case No. 4:05-cr-0042-RRB<br><br>**ORDER GRANTING MOTION<br>TO SUPPRESS** |

      Before the Court at Docket 22 is a Motion and Memorandum to Suppress filed by Defendant **KAREN KRISTINA KOCH**. The Government filed an Opposition at Docket 30. The Court has studied the Magistrate Judge's initial Report and Recommendation at Docket 91, the Government's Objections at Docket 94, and the Magistrate Judge's Final Recommendation at Docket 103. After considering all the facts hereof, the Court hereby **GRANTS** Defendant Koch's Motion to Suppress.

      Defendant Koch's clear request to speak with counsel before questioning occurred, combined with the various badges of custody that existed at the time, leads the Court to conclude that,

under the circumstances, a reasonable person would believe they were in custody.  As such, <u>Miranda</u> warnings were required before further questioning occurred.

        ENTERED this 12th day of June, 2006.

                      /s/ RALPH R. BEISTLINE
                      UNITED STATES DISTRICT JUDGE