DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>                       Plaintiff,          )<br>                                                            )<br>            vs.                                        )<br>                                                            )<br> KAREN KRISTINA KOCH,          )<br>                                                            )<br>                       Defendant.      )<br>                                                            )<br>_____ ) | Case No.  4:05-cr-00042-RRB<br><br>**GOVERNMENT'S MOTION**<br>**TO DISMISS THE**<br>**INDICTMENT AGAINST**<br>**DEFENDANT KAREN KOCH** |

COMES NOW the United States of America, by and through counsel , and

moves under Federal Rule of Civil Procedure 48(a) to  dismiss the indictment against

defendant Karen Koch without prejudice.

RESPECTFULLY SUBMITTED this 20th day of June, 2006, in Fairbanks, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Bryan Schroder
>BRYAN SCHRODER
>Assistant United States Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, Alaska  99701
>Phone:  (907) 456-0245
>Fax: (907) 456-0577
>E-mail: bryan.schroder@usdoj.gov
>WA #21146

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2006,
a copy of the foregoing **Motion to Dismiss the Indictment Against Defendant Karen Koch,**
was served, via Electronic Filing, on:

**Rex Lamont Butler**
and
**Richard W. Wright**


s/Bryan Schroder