**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  USA   v.   KAREN KRISTINA KOCH  

DATE:    June 26, 2006    CASE NO.    4:05-CR-0042-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING DISMISSAL**

The Government's Motion to Dismiss the Indictment Against Defendant Karen Koch (Docket 115) is hereby **GRANTED**.

M.O. GRANTING DISMISSAL