IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　PLAINTIFF,<br>vs.<br><br>KAREN KRISTINA KOCH,<br><br>　　　　　　DEFENDANT. | CASE NO. 4:05-CR-00042-02-RRB<br><br>RECOMMENDATION RE:<br>PLAINTIFF'S MOTION TO DISMISS<br>AT DOCKET NO. 115 |

　　　On June 20th, 2006, the plaintiff filed a Motion to Dismiss the Indictment Against Defendant Karen Koch at Docket No. 115. In this Motion, the Government requests that the indictment against the defendant be dismissed without prejudice.

　　　After careful consideration of the Government's request, and anticipating no objections by the defendant, IT IS HEREBY RECOMMENDED that the Government's Motion to Dismiss the Indictment Against Defendant Karen Koch be GRANTED <u>WITH PREJUDICE</u>.

　　　DATED this <u>23rd</u> day of <u>June, 2006</u>, at Fairbanks, Alaska.

　　　　　　　　　　　　　　　　　　S/TERRANCE W. HALL
　　　　　　　　　　　　　　　　TERRANCE W. HALL
　　　　　　　　　　　　　　　　U.S. Magistrate Judge