**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　)<br>　　　　　　　　　　　　　　　　)　Case No. 4:05-cr-00042-02-RRB<br>v. 　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>KAREN KRISTINA KOCH,　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　)<br>_____) | |

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

　　　　__X__  The court has granted the motion of the government for dismissal without prejudice.  However, no objection having been filed to the Magistrate Judge's Final Recommendation for Dismissal with Prejudice, this action is DISMISSED WITH PREJUDICE

of the offense of

18:1001 (a)(2) FALSE, FICTITIOUS, OR FRAUDULENT STATEMENTS

as charged in count(s) 5 of the Indictment.

　　　　**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

　　　　DATED at Anchorage, Alaska, this __7__ day of July, 2006.

　　　　　　　　　　_/s/ Ralph R. Beistline_
　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　United States District Judge

[405-cr-42-02-RRB-Judgment dismissal.wpd]{DISCHARG.WPD*Rev.07/03}