DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05-CR-00042-01RRB |
| | ) | |
| Plaintiff(s), | ) | **NOTICE OF MOTION AND MOTION TO** |
| | ) | **CONTINUE SENTENCING HEARING AND** |
| v. | ) | **[PROPOSED] ORDER THEREON** |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | Date: January 29, 2007 |
| Defendant(s). | ) | Time: 9:00 a.m. |
| | ) | |

On November 27, 2006, counsel appeared telephonically at sentencing and requested a continuance so that he could represent Mr. Colette. The motion was granted, and the sentencing was continued until January 26, 2007. Both former and present counsel for Mr. Colette told the Court that counsel and Mr. Colette requested that counsel have the ability to review the transcripts in this matter in order to be fully prepared to address sentencing issues. At the hearing, counsel, who is admitted in California to the state and federal courts, indicated to the Court that counsel would endeavor to be admitted pro hac vice to this matter and to later represent Mr. Colette on appeal. The Court requested that counsel take steps to be admitted by the end of the week.

On December 1, 2006, counsel sent a letter to the Court detailing his efforts to be admitted. Counsel obtained, as

1

promptly as possible, the application for admission, and submitted the application, together with the fee for $150 on December 12, 2006.

On December 19, 2006, the Court granted counsel's application to be admitted <u>pro hac vice</u>. It was only after the Court signed the order that former counsel Rex Butler agreed to send counsel his file. Accordingly, the voluminous file arrived at counsel's office on or about December 29, 2006.

At about the same time, Mr. Colette was transferred from custody in Fairbanks to custody in Anchorage. His voluminous court papers were sent back to his family. Accordingly, his family sent a copy of Mr. Colette's voluminous file to counsel, as expeditiously as possible, and the file arrived on or about January 5, 2007.

As soon as counsel was admitted <u>pro hac vice</u>, he had the ability to order the transcripts in this case. The transcripts are quite voluminous, and the transcripts were ordered on an expedited basis. The transcript order was submitted on December 22, 2006, however, due to a lack of staffing over the holidays, the court did not produce an estimate of the cost for ordering the transcripts until January 5, 2006. After receiving the cost estimate, counsel set a check, via fed ex, that same day. Mr. Colette's family paid almost $4,500 to have the transcripts produced on an expedited basis so that they could be reviewed prior to the sentencing memorandum, which is due today, January 19, 2007.

Unfortunately, because of the size of the transcript request and the holidays in late December, 2006 and early January, 2007,

the court staff was unable to produce the transcripts on an expedited basis, and intends to refund to Mr. Colette's family the difference between the expedited rate paid and the regular rate for production of the transcripts. It is estimated that the transcripts will be produced to counsel by the end of this month.

Given this background, counsel submits that we have moved as expeditiously as possible, and with due diligence, to be prepared for the sentencing hearing on January 26, 2006.  Unfortunately, due to the transcript situation, we request another continuance. We are sure that this will be the last requested continuance because we have the file and, once we have the transcripts, we will be prepared to fully consult with Mr. Colette and prepare the sentencing memorandum and any other appropriate filing.

Counsel has been in telephone contact with Assistant United States Attorney Bryan D. Schroder, and has apprised Mr. Schroder of the situation.  Mr. Schroder wishes the Court to be aware that the government has, for some time, been fully prepared to go forward with the sentencing hearing in this case.

Because Mr. Colette is now in Anchorage, where counsel believes the Court and Mr. Schroder are also located, we request that the Court consider holding any hearing considering this request in Anchorage, and  grant counsel the ability to appear by telephone to schedule a continued sentencing hearing date, rather than have counsel hire local counsel to specially appear or fly to Anchorage from San Francisco.  Mr. Schroder has said he is available on the Fridays in February, 2007 and on the first Friday in March, 2007.  We are requesting a continuance until

March 2, 2007 for the sentencing hearing in this matter to be held.

For the foregoing reasons, counsel respectfully submits this motion to continue the sentencing hearing in this case until March 2, 2007.

Dated: January 19, 2007          Respectfully submitted,

                                 /s/ David J. Cohen
                                 177 Post Street
                                 Suite 600
                                 San Francisco, CA 94108
                                 (415) 398-3900
                                 (415) 398-7500

DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-CR-00042-01RRB |
| )            Plaintiff(s),    ) | |
| ) | **[PROPOSED] ORDER** |
| v.                            ) | |
| ) | |
| JASON SCOTT COLETTE,          ) | |
| ) | |
| )            Defendant(s).    ) | |
| _____) | |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the sentencing hearing in this matter, currently scheduled for January 26, 2007 at 9:00 a.m. be continued to March 2, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____        _____
                              THE HONORABLE RALPH R. BEISTLINE
                              UNITED STATES DISTRICT COURT JUDGE

5

**CERTIFICATE OF SERVICE**

I, Tonia M. Nelsen-Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 177 Post Street, Suite 600, San Francisco, CA 94108.

A copy of the foregoing **NOTICE OF MOTION AND MOTION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER THEREON** in the case of <u>United States v. Colette</u>, Case No. 4:05-CR-00042-01RRB was sent by United States mail to:

```
Brian D. Schroder, Esq.
Assistant United States Attorney
United States Attorney
District of Alaska
310 K Street, #520
Anchorage, AK 99501
Fax: 907-271-2345
```

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 19, 2007, at San Francisco, California.

/s/ Tonia M. Nelsen-Sanchez
Tonia M. Nelsen-Sanchez
Legal Assistant