<u>David J. Cohen, Esq.</u>
<u>Cohen & Paik LLP</u>
<u>177 Post Street, Suite 600</u>
<u>San Francisco, CA  94108</u>
<u>Phone:  (415) 398-3900</u>

<u>Attorneys for Defendant Jason Scott Colette</u>

 X    RETAINED _____ APPOINTED


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

THE HONORABLE
TRIAL JUDGE <u>RALPH R. BEISTLINE</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. <u>4:05-CR-00042-01RRB</u> |
| (Appellant/**Appellee**) | ) | |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | NOTICE OF APPEAL (Criminal) |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| (**Appellant**/Appellee) | ) | |
| Defendant. | ) | |
| | ) | |

    Notice is hereby given that **Jason S. Colette**, Defendant-Appellant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the (check one)

(**X**)  Final Judgment (F.R. Crim P. 32(b))

(**X**)  Sentence  (18 U.S.C. Sec 3742) Sentence imposed<u> 96 mos.   </u>

( )  Order (describe)_____
entered in this proceeding on the ____ day of _____, ____.


If government appeal:  Was the filing of this appeal approved in accordance with 18 U.S.C. Sec 3742(b)(4)? ____ Yes ____ No


DATED: <u>04/05/07</u>          /s/ David J. Cohen
                             Cohen & Paik LLP
                             177 Post Street
                             Suite 600
                             San Francisco, CA 94108
                             (415) 398-3900
                             (415) 398-7500


1

Transcripts Required**  X   Yes ___ No

Date Ordered or to be Ordered  5/1/07

Date   (X) Indictment    ( ) Information    Filed 12/14/05

Bail Status: Defendant-Appellant is in custody.

Will there be a request to expedite the appeal and set a schedule faster than that normally set?  X   Yes ___No (Note: This does not alleviate requirement of FILING a motion to expedite which must be done in accordance with FRAP 27).

---
*   Pursuant to F.R. Crim. P. 32(a)(2) the defendant may request the clerk to prepare and file the Notice of Appeal.
**  If transcript required, transcript order form (CA9-036) must be completed and court reporter contacted to make arrangements for transcription